# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSHUA COHEN, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 18cv1669-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 11) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees. Although the joint motion mentions the parties' settlement of their dispute, the Court does not retain jurisdiction to interpret or enforce any settlement agreement between the parties.

**IT IS SO ORDERED**.

Dated: November 5, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge